# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT MARTINEZ | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4087 |
| | : | |
| TAX CLAIMS BUREAU, | : | |
| DIRECTOR STACY PHILE, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 17th day of September, 2019, upon consideration of Plaintiff Gilbert M. Martinez's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and his *ex parte* Motion for an Order to Show Cause (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons in the Court's Memorandum.

4. The *ex parte* Motion for an Order to Show Cause is **DENIED** for the reasons in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                                /s/ Jeffrey L. Schmehl
                          **JEFFREY L. SCHMEHL, J.**